# MOHELA®

Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

July 18, 2025

Ericka Lezcano
South Coastal Counties Legal Services
22 Bedford St.
Fall River, MA 02720

Re:    Shirley Ann Ramsdell
**Adversary Proceeding  25-01011**

Dear Ericka Lezcano:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding. The Adversary Proceeding in question pertains to the discharge of a certain federal student loan(s). Please be advised that MOHELA does not own or hold any student loans on which your client, Shirley Ann Ramsdell, is the obligor. Therefore, any judgment taken against MOHELA in this proceeding would have no effect on the student loan obligations.

MOHELA's only relationship to your client is that MOHELA services a federal student loan(s), owned by the U.S. Department of Education, on which your client, Shirley Ann Ramsdell, is the obligor. The U.S. Department of Education, as the owner and holder of the student loan(s), is the only appropriate party to this proceeding, relative to your client's student loan(s). Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/cm

cc:    Clerk of Court
U.S. Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945



Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

July 18, 2025

U.S. BANKRUPTCY COURT

2025 JUL 28  P 12: 25

Clerk of Court
U.S. Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

       Re: Shirley Ann Ramsdell
         **Adversary Proceeding  25-01011**

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding. Please see the enclosed letter sent to the Debtor's attorney entered in this Adversary Proceeding.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/cm
Enclosure