UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SHIRLEY ANN RAMSDELL,<br><br>Debtor. | Case No. 24-11488-JEB<br>Chapter 7 |
| SHIRLEY ANN RAMSDELL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et. al.*<br><br>Defendant, | Adv. Proc. No. 25-01011-JEB |

**STIPULATION AND AGREEMENT FOR JUDGMENT**
**DISCHARGING STUDENT LOAN INDEBTEDNESS**

Plaintiff Shirley Ann Ramsdell, and defendant United States Department of Education (the "DOE"), by and through its counsel, the United States Attorney's Office for the District of Massachusetts, (collectively, the "Parties") hereby stipulate and agree that:

1. This adversary proceeding seeks a determination pursuant to 11 U.S.C. § 523(a)(8) that plaintiff Shirley Ann Ramsdell's student loan obligations to the DOE are dischargeable, in full, on the grounds of undue hardship.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and pursuant to Bankruptcy Rule 7001. This is a core proceeding as defined by

28 U.S.C. § 157(a)(2)(1). Venue of this adversary proceeding is appropriate in this court pursuant to 28 U.S.C. § 1409.

3. On July 7, 2024, the plaintiff filed a voluntary petition for relief under Chapter 7 of Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts as Case No. 24-11488-JEB.

4. On November 1, 2024, the Bankruptcy Court entered an Order granting the plaintiff a discharge under 11 U.S.C. § 727.

5. On February 26, 2025, the plaintiff filed the Complaint that commenced this adversary proceeding.

6. DOE has determined that sufficient evidence exists to find that the following conditions are satisfied with respect to plaintiff Shirley Ann Ramsdell and the Student Loan Indebtedness: a) she presently lacks an ability to repay the Student Loan Indebtedness; b) her inability to pay the Student Loan Indebtedness is likely to persist in the future; and c) she has acted in good faith in the past in attempting to repay the Student Loan Indebtedness.

7. Accordingly, the Parties hereby stipulate that excepting the Student Loan Indebtedness from the Shirley Ann Ramsdell's bankruptcy discharge would impose an undue hardship upon her within the meaning of 11 U.S.C. § 523(a)(8).

8. The plaintiff has reviewed this stipulation and agrees with its content.

9. Therefore, the Parties hereby stipulate and agree to entry of a Judgment declaring the Student Loan Indebtedness fully discharged pursuant to 11 U.S.C. § 523(a)(8).

Respectfully submitted,

| | |
|---|---|
| SHIRLEY ANN RAMSDELL | UNITED STATES OF AMERICA |
| | By its attorneys |
| By her Attorney | |
| | LEAH B. FOLEY |
| LAUREN WILDER VANDEMORTEL | United States Attorney |
| | |
| /s/ Lauren Wilder Vandemortel | By:    /s/ Brendan T. Mockler |
| LAUREN WILDER VANDEMORTEL | BRENDAN T. MOCKLER |
| South Coastal Counties Legal Services | Assistant United States Attorney |
| 22 Bedford Street | 1 Courthouse Way, Suite 9200 |
| Fall River, MA 02720 | Boston, MA 02210 |
| Tel. No. (774) 206-7347 | Tel. No. (617) 748-3100 |
| lvandemortel@sccls.org | Brendan.Mockler@usdoj.gov |

Date:    August 22, 2025

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SHIRLEY ANN RAMSDELL,<br><br>Debtor. | Case No. 24-11488-JEB<br>Chapter 7 |
| SHIRLEY ANN RAMSDELL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et. al.*<br><br>Defendant, | Adv. Proc. No. 25-01011-JEB |

## CERTIFICATE OF SERVICE

I, Brendan T. Mockler, hereby state that the following document was electronically filed with the U.S. Bankruptcy Court for the District of Massachusetts by using the CM/ECF system. The following document was electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

Date:  August 22, 2025

*/s/ Brendan T. Mockler*
BRENDAN T. MOCKLER
Assistant United States Attorney

4